UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL L. ARNOLD, SR.,           )
                                  )
         Petitioner,              )
                                  )
    vs.                           )      Case No. 4:15CV001908 AGF
                                  )
IAN WALLACE,                      )
                                  )
         Respondent.              )

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for appointment of

counsel.   There is no constitutional right for a pro se habeas petitioner to have counsel

appointed, although the Court has discretion to appoint an attorney when necessary.

*Morris v. Dormire*, 217 F.3d 556, 558 (8th Cir. 2000).   Among factors a court should

consider in making this determination are the factual and legal complexity of the case, the

ability of the petitioner to present the facts and present his claims, and the degree to which

the petitioner and the Court would benefit from such an appointment.   *Id*. at

558-59.   Upon review of the record, the Court does not believe that the appointment of

counsel is necessary here.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for appointment of

counsel is **DENIED**.   (ECF No. 21).

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of January, 2018.